FILED

UNITED STATES COURT OF APPEALS

OCT 10 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION, _____ NINTH INNING, INC., DBA The Mucky Duck; et al., Plaintiffs-Appellants, v. DIRECTV, LLC; et al., Defendants-Appellees. | No.   17-56119 D.C. No. 2:15-ml-02668-BRO-JEM Central District of California, Los Angeles ORDER |

Before:  IKUTA and N.R. SMITH, Circuit Judges, and STEEH,[*] District Judge.

Judge Ikuta voted to deny the petition for rehearing en banc and Judge Steeh so recommended.  Judge N.R. Smith recommended granting the petition for rehearing en banc.  The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing en banc is DENIED.

_____

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.